IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

**GRADY AUTMAN AND LORA AUTMAN**                              **PLAINTIFFS**

  VS.                           CIVIL ACTION NO.: 5:17-CV-00100-DCB-MTP

**U.S. BANK NATIONAL ASSOCIATION,**

**AS TRUSTEE UNDER THE POOLING**

**AND SERVICING AGREEMENT,**

**DATED AS OF FEBRUARY 1, 2002,**

**2002-CB1 TRUST, HOLLY RATCLIFF,**

**AS SUBSTITUTE TRUSTEE, AND JOHN DOES 1-5**             **DEFENDANTS**

## ORDER

THIS CAUSE HAVING COME BEFORE THE COURT, on the unopposed Motion of Defendant, U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of February 1, 2002, 2002-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2002-CB1 ("U.S. Bank")[1], to Extend the Deadline for filing its Rely Brief in Further Support of Its Motion for Summary Judgment. Having considered the Motion, and being otherwise fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

---

[1] U.S. Bank was incorrectly identified in the Complaint as "U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of February 1, 2002, 2002-CB1 Trustee."

IT IS THEREFORED ORDERED AND ADJUDGED that the Defendant's Motion to Extend Deadline to File Rely Brief in Further Support of Its Motion for Summary Judgment is hereby granted. The deadline for Defendant to Reply is hereby extended by and through September 6, 2019.

SO ORDERED, this the 29th day of August 2019.

_/s/ David Bramlette_____
United States District Judge